UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOTECHNOLOGY INNOVATION ORGANIZATION, et al.,<br><br>　　　　　*Plaintiffs*,<br>　　v.<br><br>ALEX M. AZAR, II, et al.,<br><br>　　　　　*Defendants*. | Civil Case No: 20-cv-08603-VC<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE PAGE LIMIT** |

Having considered the Plaintiffs' Unopposed Motion to Enlarge Page Limit (ECF 19) and the supporting declaration of Naomi A. Igra, and for good cause shown,

IT IS HEREBY ORDERED THAT Plaintiffs shall be permitted 20 pages for their brief in support of their Motion for Preliminary Injunction.

Dated: December 11, 2020



1