Naomi A. Igra (SBN 269095)
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 7495
Facsimile: +1 415 772 7400

Joseph R. Guerra (*pro hac vice* pending)
jguerra@sidley.com
Erika L. Maley (*pro hac vice* pending)
emaley@sidley.com
Sean C. Griffin (*pro hac vice* pending)
sgriffin@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8228
Facsimile: +1 202 736 8711

*Attorneys for Plaintiffs Biotechnology Innovation Organization and Biocom California*

Beth S. Brinkmann (SBN 129937)
bbrinkmann@cov.com
Mark Mosier (*pro hac vice* pending)
mmosier@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: +1 202 662 5312
Facsimile: +1 202 662 6291

Kathryn E. Cahoy (SBN 298777)
kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: +1 650 632 4735
Facsimile: +1 650 632 4800

Conrad Scott (*pro hac vice* pending)
cscott@cov.com
COVINGTON & BURLING LLP
620 Eighth Ave.
New York, N.Y. 10018
Telephone: +1 212 841 1000
Facsimile: +1 212 841 1010

*Attorneys for Plaintiff California Life Sciences Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BIOTECHNOLOGY INNOVATION ORGANIZATION, et al.,
*Plaintiffs*,
v.
ALEX M. AZAR, II, et al.,

*Defendants*.

Civil Case No: 3:20-cv-08603-VC

**DECLARATION OF NAOMI A. IGRA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

# DECLARATION OF NAOMI A. IGRA

I, Naomi A. Igra, declare as follows:

1. I am an attorney licensed to practice law in all the courts of the State of California. I am an associate with the law firm of Sidley Austin LLP, and counsel for Plaintiffs Biotechnology Innovation Organization ("BIO") and Biocom California ("Biocom") in this case. This declaration is submitted in support of Plaintiffs' Motion for Preliminary Injunction. The facts set forth in this declaration are within my personal knowledge. If called as a witness, I could and would competently testify as follows.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Fact Sheet: Most Favored Nation Model for Medicare Part B Drugs and Biologicals Interim Final Rule with Comment Period, CMS (Nov. 20, 2020), https://tinyurl.com/y65f3qr6.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Medicare Payment Advisory Comm'n, *Report to the Congress: Medicare and the Health Care Delivery Sys.* (June 2015), https://tinyurl.com/y4ltu5r4.

4. Attached hereto as **Exhibit 3** is a true and correct copy of President Donald J. Trump's State of the Union Address, The White House (Jan. 30, 2018), https://tinyurl.com/ybtdytqa (remarks as prepared for delivery).

5. Attached hereto as **Exhibit 4** is a true and correct copy of Donald J. Trump (@realDonaldTrump), Twitter (Sept. 19, 2019 at 5:42 PM), https://tinyurl.com/y29cfkux.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Congress Didn't Act on Prescription Drug Prices. So President Trump Did, The White House (July 27, 2020), https://tinyurl.com/y5zye4oe.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Remarks by President Trump at Signing of Executive Orders on Lowering Drug Prices, The White House (July 24, 2020 from 3:45 PM ET to 4:28 PM ET), https://tinyurl.com/yxhpxvbs.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Executive Order on Lowering Drug Prices by Putting America First, The White House (Sept. 13, 2020), https://tinyurl.com/yynzmtn4.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Remarks by President Trump on Delivering Lower Prescription Drug Prices for All Americans, The White House, (Nov. 20, 2020), https://tinyurl.com/y6r4g62r.

10. Attached hereto as **Exhibit 9** is a true and correct copy Offsetting Effects of Prescription Drug Use on Medicare's Spending for Medical Services, Congressional Budget Office (Nov. 2012).

11. Attached hereto as **Exhibit 10** is a true and correct copy of Remarks by President Trump During an Update on Operation Warp Speed, The White House (Nov. 13, 2020), https://tinyurl.com/yylopdy3.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Total Medicare Enrollment: Part A and/or Part B Total, Aged, and Disabled enrollees, Calendar Years 2012-2017, CMS (as of 2017), https://tinyurl.com/y578exz4.

13. Attached hereto as **Exhibit 12** is a true and correct copy of CMS, NHE Fact Sheet (Mar. 24, 2020), https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/NationalHealthExpendData/NHE-Fact-Sheet.

14. Attached hereto as **Exhibit 13** is a true and correct copy of OIRA Conclusion of EO 12866 Regulatory Review, https://www.reginfo.gov/public/do/eoDetails?rrid=129250.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Letter from Community Oncology Alliance to Seema Verma Re: Most Favored Nation (MFN) Model (Dec. 3, 2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 11th day of December, 2020, at Sacramento, California.

*/s/ Naomi A. Igra*

Naomi A. Igra