UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOTECHNOLOGY INNOVATION ORGANIZATION, et al.,<br><br>        *Plaintiffs*,<br>  v.<br><br>ALEX M. AZAR, II, et al.,<br><br>        *Defendants*. | Civil Case No: 3:20-cv-08603-VC<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFFS' MOTION TO CHANGE TIME |

Having considered the Plaintiffs' Motion to Change Time and the supporting declaration of Naomi A. Igra, and for good cause shown,

IT IS HEREBY ORDERED THAT briefs shall be due on the following schedule:

- Plaintiffs shall file their Motion for a Preliminary Injunction on December 11, 2020.
- Defendants shall file their Response to Plaintiffs' Motion by 10 am pacific time on December 22, 2020.
- Plaintiffs shall file their Reply to Defendants' Response by December 24, 2020.
- ~~The hearing on Plaintiffs' Motion for a Preliminary Injunction shall be on _____ at _____.~~

The Court will let the parties know if a hearing is necessary.

Dated: December 14, 2020



_____
The Honorable Vince Chhabria
United States...

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

---

1

~~PROPOSED~~ ORDER RE: PLAINTIFFS' MOTION TO CHANGE TIME. 3:20-CV-08603-VC