UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOTECHNOLOGY INNOVATION ORGANIZATION, et al.,<br><br>          *Plaintiffs*,<br>v.<br><br>ALEX M. AZAR II, et al.,<br><br>          *Defendants.* | Civil Case No. 3:20-cv-08603-VC<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION OF AMERICAN SOCIETY OF CLINICAL ONCOLOGY FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

American Society of Clinical Oncology has brought this unopposed motion for leave to file a brief as amicus curiae in support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 26).

This Court, having considered the instant motion and all other relevant factors, hereby **GRANTS** amicus' motion. The Clerk is directed to file amicus' brief on the docket in this matter.

**SO ORDERED.**

Dated: December 17, 2020



Honorable
United [States District Judge]
Judge Vince Chhabria
APPROVED