1  CHARLES C. CORRELL, JR. (SBN 258085)
   ccorrell@kslaw.com
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, California 94111
   Telephone: (415) 318-1200
4  Facsimile: (415) 318-1300

5  DAVID FARBER (*pro hac vice* to be filed)
   dfarber@kslaw.com
6  KING & SPALDING LLP
   1700 Pennsylvania Avenue, N.W.
7  Washington, D.C. 20006
   Telephone: (202) 626-2941
8  Facsimile: (202) 626-3700

9  *Attorneys for Amicus Curiae*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOTECHNOLOGY INNOVATION; CALIFORNIA LIFE SCIENCES ASSOCIATION; and BIOCOM CALIFORNIA<br><br>Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR, II, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SEEMA VERMA, in her official capacity as ADMINISTRATOR OF THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; and THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendants. | Case No. 3:20-cv-08603-VC<br><br>Hon. Vince Chhabria<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

1  This matter is before the Court on an unopposed motion for leave to file *amicus curiae*
2  brief of THE ALLIANCE FOR AGING RESEARCH IN SUPPORT OF PLAINTIFFS'
3  MOTION FOR PRELIMINARY INJUNCTION.
4  Accordingly, upon its condiseration, it is hereby ORDERED that the motion is
5  GRANTED and the lodged brief attached to the motion therein be filed.
6  SO ORDERED.

DATED: December 17, 2020

