# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY INNOVATION OR-GANIZATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX M. AZAR II, et al.,<br><br>    Defendants. | Case No. 3:20-CV-8603 VC<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND THE NATIONAL ASSOCIATION OF MANUFACTURERS AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS |

Having considered the unopposed motion to file a brief *amici curiae* of the Chamber of Commerce of the United States of America and the National Association of Manufacturers, the Court hereby **GRANTS** proposed *amici*'s motion. The Clerk is directed to file the brief attached to *amici*'s motion.

**IT IS SO ORDERED.**

Dated: December 17, 2020

                                                                          APPROVED
                                                                          [signature]
                                                                          Judge Vince Chhabria