UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY INNOVATION ORGANIZATION, *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br><br>ALEX M. AZAR, II, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 3:20-cv-08603-VC<br><br>[PROPOSED] ORDER RE: DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PAGE LIMIT |

　　Upon consideration of Defendants' Unopposed Motion to Enlarge Page Limit and for good cause shown,

　　IT IS HEREBY ORDERED THAT Defendants shall be permitted 20 pages for their brief in opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 27).

Dated: December 17, 2020



The Honorable
United ... 
Judge Vince Chhabria
APPROVED