UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LIFE SCIENCES ASSOCIATION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, et al.,<br><br>        Defendants. | Case No. 20-cv-08603-VC<br><br>**ORDER RE MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 27 |

The Court has tentatively concluded that no hearing is necessary. The parties can expect to receive a written ruling on Monday. The Court will inform the parties if the schedule changes or if a hearing is in fact needed.

**IT IS SO ORDERED.**

Dated: December 23, 2020

_____
VINCE CHHABRIA
United States District Judge