UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA LIFE SCIENCES ASSOCIATION, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, et al.,<br><br>             Defendants. | Case No.  20-cv-08603-VC<br><br>**ORDER GRANTING REQUEST FOR STAY**<br><br>Re: Dkt. No. 52 |

The parties' request to stay the case is granted. The case is stayed until at least April 23, 2021. No later than that date, the parties should file a joint status report explaining whether: (i) the stay should remain in place; (ii) the stay should be lifted and the case litigated; or (iii) the case should be dismissed.

**IT IS SO ORDERED.**

Dated: January 19, 2021

_____
VINCE CHHABRIA
United States District Judge