BRIAN D. NETTER
Deputy Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
RACHAEL L. WESTMORELAND
ALEXANDRA R. SASLAW (D.C.BN 1618175)
LISA N. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-1280
rachael.westmoreland@usdoj.gov

*Attorneys for Defendants*

Naomi A. Igra (SBN 269095)
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 7495
Facsimile: +1 415 772 7400

Joseph R. Guerra (*pro hac vice*)
jguerra@sidley.com
Erika L. Maley (*pro hac vice*)
emaley@sidley.com
Sean C. Griffin (*pro hac vice*)
sgriffin@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: +1 202 736 8228
Facsimile: +1 202 736 8711

*Attorneys for Plaintiffs Biotechnology Innovation Organization and Biocom California*

Beth S. Brinkmann (SBN 129937)
bbrinkmann@cov.com
Mark Mosier (pro hac vice)
mmosier@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: +1 202 662 5312
Facsimile: +1 202 662 6291

Kathryn E. Cahoy (SBN 298777)
kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: +1 650 632 4735
Facsimile: +1 650 632 4800

Conrad Scott (*pro hac vice*)
cscott@cov.com
COVINGTON & BURLING LLP
620 Eighth Ave.
New York, NY 10018
Telephone: +1 212 841 1000
Facsimile: +1 212 841 1010

*Attorneys for Plaintiff California Life Sciences Association*


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA LIFE SCIENCES ASSOCIATION, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 3:20-cv-08603-VC<br><br>**JOINT STATUS REPORT** |

　　　　The parties respectfully submit this Joint Status Report pursuant to the Court's September 1, 2021 Order. *See* ECF No. 60. This action challenges an interim final rule published by the Centers for Medicare & Medicaid Services ("CMS") on November 27, 2020. *See* Most Favored Nation (MFN) Model, 85 Fed. Reg. 76, 180 (Nov. 27, 2020) ("MFN Interim Final Rule"). On December 28, 2020, this Court preliminarily enjoined Defendants from implementing the MFN Interim Final Rule pending completion of notice and comment procedures under the Administrative Procedure Act. *See* Order, ECF No. 50. On January 8, 2021, the Solicitor General determined not to appeal the preliminary injunction issued in this case. The Court has since stayed the case at the parties' request, and directed the filing of periodic Joint Status Reports. Most recently, on September 1, 2021, at the parties' request, the Court extended the stay, with a Joint Status Report due by November 10, 2021.

　　　　Consistent with this Court's preliminary injunction, CMS has not implemented the MFN Interim Final Rule, and it is not currently in effect. On August 10, 2021, CMS published a Notice of Proposed Rulemaking ("NPRM") that proposes to rescind the MFN Interim Final Rule. The NPRM had a comment period of 60 days, which ended on October 12, 2021. The agency is currently considering the comments that were submitted regarding the NPRM. The parties respectfully request

that the current stay remain in effect. The parties propose to submit another status report advising the Court of any further developments no later than December 10, 2021.

| | |
|---|---|
| Dated: November 10, 2021 | Respectfully submitted, |
| /s/Naomi A. Igra | BRIAN D. NETTER |
| Naomi A. Igra (SBN 269095) | Deputy Assistant Attorney General |
| naomi.igra@sidley.com | |
| SIDLEY AUSTIN LLP | MICHELLE R. BENNETT |
| 555 California Street | Assistant Branch Director |
| Suite 2000 | |
| San Francisco, CA 94104 | /s/ Lisa N. Newman |
| Telephone: +1 415 772 7495 | ALEXANDRA R. SASLAW |
| Facsimile: +1 415 772 7400 | RACHAEL L. WESTMORELAND |
| | LISA N. NEWMAN |
| Joseph R. Guerra (*pro hac vice*) | Trial Attorneys |
| jguerra@sidley.com | United States Department of Justice |
| Erika L. Maley (*pro hac vice*) | Civil Division, Federal Programs Branch |
| emaley@sidley.com | P.O. Box 883 |
| Sean C. Griffin (*pro hac vice*) | Washington, DC 20044 |
| sgriffin@sidley.com | Phone: (202) 514-4520 |
| SIDLEY AUSTIN LLP | alexandra.r.saslaw@usdoj.gov |
| 1501 K Street, N.W. | |
| Washington, D.C. 20005 | *Attorneys for Defendants* |
| Telephone: +1 202 736 8228 | |
| Facsimile: +1 202 736 8711 | |

*Attorneys for Plaintiffs Biotechnology Innovation Organization and Biocom California*

/s/ Beth S. Brinkmann
Beth S. Brinkmann (SBN 129937)
bbrinkmann@cov.com
Mark Mosier (pro hac vice pending)
mmosier@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: +1 202 662 5312
Facsimile: +1 202 662 6291

Kathryn E. Cahoy (SBN 298777)
kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: +1 650 632 4735
Facsimile: +1 650 632 4800

Conrad Scott (pro hac vice)
cscott@cov.com
COVINGTON & BURLING LLP
620 Eighth Ave.
New York, N.Y. 10018
Telephone: +1 212 841 1000
Facsimile: +1 212 841 1010

*Attorneys for Plaintiff California Life Sciences Association*

## DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of this document has been obtained from the other signatories to this document.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of November, 2021.

/s/ *Naomi A. Igra*
Naomi A. Igra (SBN 269095)
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 7495