Beth S. Brinkmann (SBN 129937)
bbrinkmann@cov.com
Mark Mosier (*pro hac vice*)
mmosier@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: +1 202 662 5312
Facsimile: +1 202 662 6291

Kathryn E. Cahoy (SBN 298777)
kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: +1 650 632 4735
Facsimile: +1 650 632 4800

Conrad Scott (*pro hac vice*)
cscott@cov.com
COVINGTON & BURLING LLP
620 Eighth Ave.
New York, NY 10018
Telephone: +1 212 841 1000
Facsimile: +1 212 841 1010

*Attorneys for Plaintiff California Life Sciences Association*

Naomi A. Igra (SBN 269095)
naomi.igra@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 7495
Facsimile: +1 415 772 7400

Joseph R. Guerra (*pro hac vice*)
jguerra@sidley.com
Sean C. Griffin (*pro hac vice*)
sgriffin@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: +1 202 736 8228
Facsimile: +1 202 736 8711

*Attorneys for Plaintiffs Biotechnology Innovation Organization and Biocom California*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOTECHNOLOGY INNOVATION ORGANIZATION et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ALEX M. AZAR, II et al.,<br><br>    *Defendants*. | Civil Case No: 3:20-cv-08603-VC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

On December 28, 2020, this Court preliminarily enjoined Defendants from implementing the Centers for Medicare & Medicaid Services' ("CMS'") Most Favored Nation (MFN) Model, 85 Fed. Reg. 76,180 (Nov. 27, 2020) (the "MFN Interim Final Rule"). *See* ECF No. 50 (Dec. 28, 2020). Thereafter, following notice and comment, Defendants published a final rule, with an effective date of February 28, 2022, rescinding the MFN Interim Final Rule. *See* CMS, Most Favored Nation (MFN) Model, 86 Fed. Reg. 73,986 (Dec. 29, 2021) (the "Final Rescission Rule"); *see also* CMS, Most Favored Nation (MFN) Model, 86 Fed. Reg. 43,618 (Aug. 10, 2021) (proposed rule). The Final Rescission Rule has since taken effect, and the text of the MFN Interim Final Rule has been removed from the Code of Federal Regulations. Accordingly, Plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Mar. 31, 2022

Kathryn E. Cahoy (SBN 298777)
kcahoy@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: +1 650 632 4735
Facsimile: +1 650 632 4800

Conrad Scott (*pro hac vice*)
cscott@cov.com
COVINGTON & BURLING LLP
620 Eighth Ave.
New York, N.Y. 10018
Telephone: +1 212 841 1000
Facsimile: +1 212 841 1010

Respectfully submitted,

By: /s/ Beth S. Brinkmann
Beth S. Brinkmann (SBN 129937)
bbrinkmann@cov.com
Mark Mosier (*pro hac vice*)
mmosier@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
Telephone: +1 202 662 5312
Facsimile: +1 202 662 6291

*Attorneys for Plaintiff California Life Sciences Association*

| | |
|---|---|
| Naomi A. Igra (SBN 269095)<br>naomi.igra@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104<br>Telephone: +1 415 772 7495<br>Facsimile: +1 415 772 7400 | Joseph R. Guerra (*pro hac vice*)<br>jguerra@sidley.com<br>Sean C. Griffin (*pro hac vice*)<br>sgriffin@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: +1 202 736 8228<br>Facsimile: +1 202 736 8711<br><br>*Attorneys for Plaintiffs Biotechnology Innovation Organization and Biocom California* |